# Court of Appeals
# of the State of Georgia

ATLANTA,__October 08, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0192.  GURPARTAP SINGH TOOR v. THE STATE.**

In August 2012, Gurpartap Singh Toor pled guilty to possession of cocaine with intent to distribute. In May 2013, Toor filed a pro se "Extraordinary Motion in Arrest of the Court Imposed Void Judgment of Conviction and an Unquestionable Court Imposed Void, Illegal Judgment of Imprisonment." The trial court denied the motion, and Toor filed this appeal.

Toor has already filed an application for discretionary appeal from the trial court's denial of his pro se motion. By order entered August 16, 2013, we denied the application. See Case Number A13D0509, decided Aug. 16, 2013. Our order, which was an adjudication on the merits, constitutes res judicata with respect to issues Toor seeks to appeal. See *PHF II Buckhead LLC v. Dinku*, 315 Ga. App. 76, 79 (1) (726 SE2d 569) (2012). Accordingly, this appeal is hereby DISMISSED. See *McLemore v. Stephenson*, 181 Ga. App. 828 (354 SE2d 17) (1987).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__10/08/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*